UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20322-CR-JORDAN/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO SANCHEZ-SANTANA,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON
DEFENDANT'S MOTION TO SUPPRESS**

The Defendant Roberto Sanchez-Santana filed a Motion to Suppress all Post-Arrest Statements [DE 32], and the government filed a memorandum in response [DE 37]. The Honorable Adalberto Jordan referred the Motion to the undersigned for report and recommendation [DE 40], and this Court held an evidentiary hearing on July 25, 2008. Three witnesses testified at that hearing: Officer Anthony Crapello, Detective Gustavo Carreras, and the Defendant.

In the Motion Defendant argues that his arrest was not supported by probable cause, and that his post-arrest statement resulted from his unlawful arrest. Defendant also contends he was not advised of his *Miranda* rights[1] until after he gave his post-arrest statement, and that he therefore did not knowingly, intelligently and voluntarily waive those rights before

---

[1] *Miranda v. Arizona*, 384 U.S. 436 (1966).

he was questioned by law enforcement. Finally, Defendant contends that his post-arrest statement was elicited through improper promises of leniency and assistance. For all these reasons, Defendant moves to exclude his post-arrest admissions from evidence.

At the conclusion of the hearing, in open court, the undersigned made findings of fact and conclusions of law. In particular, this Court found that the Defendant's arrest was supported by probable cause, that he was advised of his *Miranda* rights before he was interrogated, and that the Defendant voluntarily, knowingly and intelligently waived those rights. This Court gave its reasons for reaching those conclusions, and they are hereby incorporated in this Report and Recommendation. Accordingly, for the reasons stated on the record at the conclusion of the suppress hearing, this Court respectfully **RECOMMENDS** that the Defendant's Motion to Suppress all Post-Arrest Statements [DE 32], be **DENIED.**

Pursuant to S.D. Fla. Mag. Rule 4(b), the parties may serve and file written objections with the Honorable Adalberto Jordan, United States District Judge, **no later than Wednesday, August 6, 2008**. Failure to file timely objections will bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988). Because the findings of fact and conclusions of law that are the basis of this Report and Recommendation were made in open court, the Defendant, if he wishes to file objections to the Report and Recommendation, must obtain a transcript of the July 25th suppression hearing, file it with the Court and deliver a courtesy copy to Judge Jordan's chambers, at the

same time that he files his objections.

RESPECTFULLY SUBMITTED in chambers at Miami, Florida this 28th day of July, 2008.

                                                        CHRIS MCALILEY  
                                                      UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable Adalberto Jordan  
       All counsel of record