UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20322-CR-JORDAN

UNITED STATES OF AMERICA     )
                             )
vs.                          )
                             )
ROBERTO SANCHEZ-SANTANA      )
                             )

**ORDER DENYING MOTION TO SUPPRESS**

Following a de novo review of the record, including the objections filed by Mr. Sanchez-Santana [D.E. 56], and the transcript of the evidentiary hearing [D.E. 59], I adopt the report and recommendation issued by Magistrate Judge McAliley [D.E. 54], which was orally announced from the bench after the conclusion of the evidentiary hearing [D.E. 59 at 140-61]. Magistrate Judge's McAliley's factual findings, which are not clearly erroneous, establish that the police had reasonable suspicion to initially detain Mr. Sanchez-Santana, and then probable cause within a short period of time after the initial detention (including the statement of one of the victims) to arrest him. Those factual findings also establish that Mr. Sanchez-Santana was read his *Miranda* rights before giving any substantive statements, and that he waived those rights in writing knowingly, voluntarily, and intelligently.

DONE and ORDERED in chambers in Miami, Florida, this 20th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record & Magistrate Judge McAliley